Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| RANDY MARTONO-CHAI, indiv. <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br><br> **-v-** <br><br> MATTHEW WILLIAMS, indiv., & <br> AR SOURCE INC, a North Carolina Limited Liability <br> Company <br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. **25-00578** <br> *(to be filled in by the Clerk's Office)* <br><br> **SECT. J MAG. 3** <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RANDY MARTONO-CHAI |
| Street Address | P.O. Box 58074 |
| City and County | New Orleans, Orleans Par. |
| State and Zip Code | LA 70158 |
| Telephone Number | (909)266-6937 |
| E-mail Address | randy.martono-chai@hotmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | MATTHEW WILLIAMS |
| Job or Title *(if known)* | Fundraising Head |
| Street Address | 303 Smith Level Rd., A14 |
| City and County | Chapel Hill, Orange Co. |
| State and Zip Code | NC 27516 |
| Telephone Number | (919)616-8028 |
| E-mail Address *(if known)* | matthew.m.williams02@gmail.com |

**Defendant No. 2**

| | |
|---|---|
| Name | AR SOURCE INC |
| Job or Title *(if known)* | A North Carolina Limited Liability Company |
| Street Address | 203 Carol St. |
| City and County | Carrboro, Orange Co. |
| State and Zip Code | NC 27510-1103 |
| Telephone Number | (919)616-8028 |
| E-mail Address *(if known)* | arsourceinfo@gmail.com |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1331:
The Defend Trade Secrets Act (18 U.S.C. § 1836 et seq.),
The Lanham Act (15 U.S.C. § 1125(a)),
Federal Copyright Act (17 U.S.C. § 101 et seq.),
Computer Fraud and Abuse Act (18 U.S.C. § 1030)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* RANDY MARTONO-CHAI , is a citizen of the State of *(name)* Louisiana .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* n/a , is incorporated under the laws of the State of *(name)* n/a ,

and has its principal place of business in the State of *(name)* n/a .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* MATTHEW WILLIAMS , is a citizen of the State of *(name)* NORTH CAROLINA . Or is a citizen of *(foreign nation)* n/a .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)*  AR SOURCE INC _____, is incorporated under

the laws of the State of *(name)*  North Carolina _____, and has its

principal place of business in the State of *(name)*  North Carolina _____

Or is incorporated under the laws of *(foreign nation)*  n/a _____,

and has its principal place of business in *(name)*  n/a _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff invested time and resources into developing a proprietary AI-powered VR camera system and intellectual property. Defendants' actions caused the loss of deals and opportunity cost of $6.6 million in funding. Misappropriation of trade secrets and unauthorized use of plaintiff's schematics caused harm, including redevelopment costs and need for investors.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff, RANDY MARTONO-CHAI, owns MC Global Music, LLC, which develops music education and production tools, including a VR-based learning system. Plaintiff worked with Defendants, MATTHEW WILLIAMS and AR SOURCE INC, on the development of proprietary technology for the VR system under a signed non-disclosure agreement (NDA). Defendants withheld Plaintiff's proprietary materials, including schematics and software concepts, and refused to return them despite multiple requests. Defendants used or attempted to use Plaintiff's proprietary information without authorization. Defendants communicated with third parties about Plaintiff's proprietary work without permission, jeopardizing Plaintiff's business.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks the following relief:
Injunctive relief to prevent Defendants from using, disclosing, or profiting from Plaintiff's proprietary materials;
Return of all confidential files, schematics, and project-related materials belonging to Plaintiff;
Compensatory damages for financial harm caused by Defendants' misconduct; and
any additional relief the Court deems just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        3/10/2025

RM 3/24/25

Signature of Plaintiff

Printed Name of Plaintiff        RANDY MARTONO-CHAI

**B.    For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address